1
2
3
4
5
6
7

NOTE: CHANGES MADE BY THE COURT

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10
11
12

KIM KRCHNAK a/k/a BLAKE
AUSTIN, an individual,

13

                Plaintiff,

14

v.

15

AWTEC U.S.A., INC., a corporation
and DOES 1 to 100,

16

                Defendants.

17

18
19
20

)   CASE NO. SACV 01-87 AHS (EEx)
)
)
)
)
)
)
)   **OSC RE DISMISSAL WITH**
)   **PREJUDICE**
)
)
)   **Trial Date:  April 29, 2008**
)
)

        The Court, having held a hearing on March 3, 2008 regarding Defendant's

21
22
23

motion for dismissal with prejudice or for alternative remedies, which hearing (in

effect a supplemental pretrial conference) Plaintiff acknowledges in his Opposition

24

to Defendant's motion to be appropriate; and,

25
26

        Counsel for Defendant having appeared for the hearing, but Plaintiff or his

27

counsel having failed to appear at the hearing so as to allow the Court to explore

28

the issues raised in Defendant's motion, including the status of Plaintiff's contact

with his counsel and the identity of admissible evidence that Plaintiff expects to adduce, and

Defendant having shown *prima facie* cause in its moving and reply papers for dismissal of this case for lack of evidence for the case to be prosecuted,

IT IS HEREBY ORDERED:

No later than March 10, 2008, Plaintiff shall show good cause in writing why this case should not be dismissed with prejudice. Defendant shall have until no later than March 17, 2008 to file a reply, if any.  Defendant's motion for dismissal with prejudice or for alternative remedies and the response to this OSC will be deemed submitted as of March 17, 2008.

Defendant shall immediately serve this Order to Show Cause by facsimile and email upon counsel for Plaintiff, and file proof of service forthwith.


DATED:  March 3, 2008

ALICEMARIE H. STOTLER

HON. ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT JUDGE