**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| KIM KRCHNAK, etc., | ) | Case No. SA CV 01-87 AHS |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| AWTEC U.S.A., Inc., et al., | ) | |
| Defendants. | ) | |

Defendant's motion for summary judgment having come before the Court, the Honorable Alicemarie H. Stotler, Chief Judge, presiding, and the matter having been duly considered and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED:

That plaintiff shall take nothing from defendant, that judgment for defendant is granted, and that defendant shall recover its costs of suit.

DATED: April 14, 2008.

*ALICEMARIE H. STOTLER*

HON. ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT JUDGE